STEPHEN S. WU (SBN 205091)
COOKE KOBRICK & WU LLP
166 Main Street
Los Altos, CA 94022
Email: swu@ckwlaw.com
Tel: (650) 917-8045
Fax: (650) 618-1454

Attorneys for Defendant
David Riley

FILED
APR 2 - 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13-mj-70328 HRL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE |
| v. | |
| DAVID RILEY. | |
| Defendant. | |

WHEREAS, on March 26, 2013, the Court executed an Order Setting Conditions of Release and Appearance Bond (Docket No. 3) (the "Order");

WHEREAS, the Order provides that the bond in this case shall be secured by "$100,000 cash to be posted by 4/2/13";

WHEREAS, the Order provides that "Defendant shall not travel outside California" but "OK to travel S.D.N.Y. and E.D.N.Y.";

WHEREAS, the parties have met and conferred and are willing to modify the conditions of release as set forth herein;

IT IS HEREBY STIPULATED, by and between the parties, hereto, through their respective counsel, as follows pursuant to Crim. L. R. 47-4:

- 1 -

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE
Case No. 13-mj-70328 HRL

1. The Order's provision for the security for the amount of bond shall be modified as follows: the bond in this case shall be secured by a deed of trust in the amount of $100,000 in accordance Crim. L. R. 46-2 and the Court's General Order No. 55 ("Guidelines in Posting Real Property as Bail in Lieu of Cash/Surety Bond").

2. This the Order's travel restriction shall be modified as follows: "Defendant shall not travel outside California" but "OK to travel to the Southern District of New York, the Eastern District of New York, and Kentucky."

3. All other previously-ordered conditions of release, not in conflict with the stipulated provisions herein, remain in full force and effect pending further Order of the Court.

SO STIPULATED this 29th day of March, 2013:

MELINDA HAAG
United States Attorney

Dated: March 29, 2013

By: _____
DANIEL KALEBA
Assistant United States Attorney
Attorney for Plaintiff

COOKE, KOBRICK, & WU LLP

Dated: March 29, 2013

By: _____
STEPHEN S. WU
Attorneys for Defendant
David Riley

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/2/13

By: _____
Hon. Howard R. Lloyd
United States Magistrate Judge